**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01430-CR
No. 05-12-01603-CR

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81048-2008, 416-81072-2012**

## ORDER

The Court **GRANTS** appellant's October 11, 2013 motion to extend time to file the brief.

We **ORDER** appellant's brief filed as of the date of this order.


/s/     DAVID EVANS
         JUSTICE